**Appeal Dismissed and Memorandum Opinion filed April 4, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-23-00083-CR

**HECTOR DAMIAN GIAGNACOVO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1525062**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment of conviction signed August 23, 2017. No timely motion for new trial was filed. Therefore, appellant's notice of appeal was due by September 22, 2017. *See* Tex. R. App. P. 26.2(a)(1).

A court of appeals may grant an extension of time if, within 15 days after the deadline for filing the notice of appeal, the party files (a) the notice of appeal in the trial court, and (b) a motion to extend time in the court of appeals. *See* Tex. R. App. P. 26.3; *see also* Tex. R. App. P. 10.5(b)(2) (governing motion to extend time to file

notice of appeal). The fifteenth day after September 22, 2017, was October 7, 2017, which was a Saturday, so appellant had until October 9, 2017 to file his notice of appeal so as to enable it to be timely with a motion to extend time. *See* Tex. R. App. P. 4.1(a). Appellant filed his notice of appeal on January 26, 2023.[1]

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). When a notice of appeal is not filed within the 15-day period, the court of appeals can take no action other than to dismiss the appeal for want of jurisdiction. *See id.*

On February 23, 2023, the parties were notified that the court may dismiss the appeal for want of jurisdiction unless appellant demonstrated that the court has jurisdiction. Appellant's response does not demonstrate this court has jurisdiction.

Accordingly, this appeal is dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).

---

[1] The record does not reflect that there have otherwise been any appealable orders or judgments from which an appeal has been timely taken, or which properly could be made timely through a motion to extend time.